AO 91 (Rev. 11/82)   **CRIMINAL COMPLAINT**

UNDER SEAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KAREN POGOSIAN | DOCKET NO. |
| | MAGISTRATE'S CASE NO. SA16-180M |

Complaint for violation of Title 18, United States Code, Section 1028(a)(7).

| NAME OF MAGISTRATE JUDGE<br>HONORABLE KAREN E. SCOTT | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Santa Ana, California |
|---|---|---|

| DATE OF OFFENSE<br>August 8, 2012 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 1028(a)(7)]

(See attached affidavit which is incorporated as part of this Complaint)

FILED
CLERK, U.S. DISTRICT COURT
APR 19 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2016 APR 18 PM 4: 19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
SANTA ANA
BY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**ADRIAN YEPEZ**   /s/ |
|---|---|
| | OFFICIAL TITLE<br>Special Agent – Internal Revenue Service-Criminal Investigation |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>/s/   **KAREN E. SCOTT** | DATE<br>April 18, 2016   /s/ |
|---|---|

[1] See Federal Rules of Criminal Procedure 3 and 54

AUSA Charles Pell x3542      REC: Detention

# A F F I D A V I T

I, Adrian Yepez, being duly sworn, declare and state as follows:

## I.    INTRODUCTION

1.    I am a Special Agent ("SA") with the Internal Revenue Service - Criminal Investigation ("IRS-CI"), assigned to the Los Angeles Field Office, and have served in this capacity since April 2010.  As part of my training as an SA, I attended the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training in criminal and financial investigative techniques with an emphasis in accounting and criminal tax law.  My training included courses in law enforcement techniques, federal criminal statutes, criminal investigations, execution of search warrants, financial investigative techniques, and legal principles and statutes representing criminal violations of Titles 18, 26, and 31 of the United States Code.  My formal education includes a Bachelor of Arts degree in Law and Society with an emphasis in Criminal Justice from the University of California, Santa Barbara.  I have personally conducted and assisted in investigations of criminal violations of the Internal Revenue laws, the Bank Secrecy Act, the Money Laundering Control Act, identity theft, bank fraud, credit card fraud, wire fraud, and healthcare fraud.  These investigations have involved the use of electronic and physical surveillance; the use of informants and cooperating witnesses; undercover operations; and the preparation and execution of search and arrest warrants.  In addition to the training described above, I have attended training seminars and meetings related to the investigation of financial

1

crimes, including identity theft investigations.  From October 2013 to October 2015, I was the Identity Theft Coordinator for the IRS-CI Los Angeles Field Office.  In that capacity, my duties included investigating stolen identity refund fraud schemes, developing identity theft leads from local, state, and federal law enforcement agencies, participating in state and federal Identity Theft Task Forces, and acting as the Identity Theft liaison for the IRS.

## II.   PURPOSE OF AFFIDAVIT

2.    This affidavit is made in support of an application for an arrest warrant and a criminal complaint against KAREN POGOSIAN ("SCHEMER#2") for a violation of Title 18, United States Code, Section 1028(a)(7): Fraud and Related Activity with Identification Documents.

3.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and criminal complaint, and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

#### A.   Summary of Investigation

4.   IRS-CI and the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), have been investigating a large fraud ring that has been laundering tens of millions of dollars in tax refunds that were fraudulently obtained from false federal tax returns that had been filed using stolen identities.

5.   **Tax fraud**: In this scheme, for tax years 2012, 2013, and 2014, the IRS has identified approximately 7,000 false tax returns that together fraudulently claimed approximately $38,000,000 in refunds, of which approximately $14,000,000 was deposited into and laundered through bank accounts used in this scheme. Millions of dollars more were deposited and laundered from 2010 to 2016.

6.   **Identity theft**: The false tax returns were filed using stolen identity information from thousands of victims. The schemers, such as SCHEMER#2, also used a total of approximately 200 fraudulent identities with corresponding fraudulent identification, including passports from the Republic of Armenia, to open hundreds of mailbox addresses and bank accounts in those other identities.

7.   **Money laundering**: The schemers then used those hundreds of mailbox addresses and bank accounts to launder the millions of dollars in ill-gotten tax refunds by transferring the funds among three levels (or "tiers") of bank accounts, in an apparent effort to render the funds ultimately untraceable. Some of the funds were wire transferred internationally, including to bank accounts located in the Republic of Armenia.

B.   **SCHEMER#2 Unlawfully Used a Means of Identification of Another Person With the Intent to Commit Unlawful Activity Constituting a Violation of Federal Law and/or a Felony Under State Law.**

8.   SCHEMER#2 was a member of this large money laundering scheme.  In furtherance of the scheme, SCHEMER#2 would unlawfully pose in the identity of someone else to rent mailboxes and open bank accounts in those other identities, using fraudulent identification documents and information.

9.   On August 8, 2012, box #560 at Encino Mailboxes, 4924 Balboa Blvd., Encino, California, was rented in the name of H.S.

a.   When opening that mailbox, the individual posing in the identity of H.S. provided as identification Republic of Armenia passport number XXXX30985 in the name of H.S. that had SCHEMER#2's photograph on it.

b.   I also reviewed the file for that mailbox, which included United States Postal Service Form 1583, "Application for Delivery of Mail Through Agent."  That form also has a signature purporting to be by H.S., dated August 8, 2012.

c.   On November 20, 2014, IRS-CI SA Patrick Leonard interviewed an employee from Encino Mailboxes, which conversation he related to me.  That employee said that he recognized the individual on Republic of Armenia passport number XXXX30985 as the same individual who had rented box #560 at Encino Mailboxes in the name of H.S.

10.   I believe that SCHEMER#2 also opened other mailboxes as part of the scheme while posing in the identity of another.

4

a.   On December 11, 2013, box #501 at West Coast Mail Centers, 13659 Victory Blvd., Van Nuys, California, was rented in the name of R.P.  When opening that mailbox, the individual posing in that identity provided as identification Republic of Armenia passport number XXXX38764 in the name of R.P. that had SCHEMER#2's photograph on it.

11.   I have examined the photo identifications in the names of H.S. and R.P. that were used to open the mailboxes listed above, which I then compared to the photograph on the California driver's license issued to SCHEMER#2.  I believe that the person depicted in the photo identifications used to open the two mailboxes in the different names listed above is actually SCHEMER#2.

12.   The Republic of Armenia informed the U.S. Embassy in Armenia that passport number XXXX30985 was issued in the name of H.S.  Therefore I believe that passport number XXXX30985 was altered to display SCHEMER#2's image and then used by SCHEMER#2 to rent a private mailbox as part of this scheme.

13.   I have reviewed bank records of a bank account in the name of H.S., and believe that SCHEMER#2, posing in the identity of H.S., opened a bank account that was used as a bank account in this scheme.

14.   On August 31, 2012, Union Bank checking account XXXXXX9026 and savings account XXXXXX9034 were opened in the name of H.S.  The address on the signature cards is "Melkonyan 2/3 #24, Yerevan, Armenia 0016."  The address on the statements was initially listed as 5632 Van Nuys Blvd., #331, Van Nuys, California.  However, with the statement beginning October 24, 2012, the address was listed as

5

4924 Balboa Blvd., Ste. 560, Encino, California. That address matches the first mailbox described above that was opened by SCHEMER#2.

      a.   Union Bank checking account XXXXXX9026 operated as a scheme bank account in 2013 and 2014.

      b.   Union Bank savings account XXXXXX9034 operated as a scheme bank account in 2014. The majority of the funds in this account were then transferred to checking account XXXXXX9026.

15.  In addition to the bank accounts discussed above, I have reviewed additional bank records that show there was at least one other bank account opened in the name of H.S.

16.  I have reviewed bank records relating to R.P., and I believe that SCHEMER#2, posing in the identity of R.P., opened two bank accounts that were used in this scheme, as described here:

      a.   On December 8, 2013, Wells Fargo Bank checking account XXXXXX8050 and savings account XXXXXX7743 were opened in the name of R.P. at a branch in Panorama City, California. The address on the signature card is listed as 13659 Victory Blvd., #501, Van Nuys, California, which is the second mailbox discussed above. The identification listed on the signature card is Armenian passport number XXXX38764, which is the same number as the Republic of Armenia passport used to open the mailbox discussed above.

      b.   Wells Fargo Bank checking account XXXXXX8050 operated as a scheme bank account in 2014.

      c.   Wells Fargo Bank savings account XXXXXX7743 operated as a scheme bank account in 2014. The funds were then transferred to checking account XXXXXX8050.

17.   FBI SA Matsumura also identified SCHEMER#2 as the person depicted in the passports in the names of R.P. and H.S. discussed above.   I decided to interview SCHEMER#2 to see if he would cooperate and provide information relating to this scheme.

18.   On October 23, 2015, HSI SA Michael Ou, Los Angeles Police Department Detective A. Mkrtchyan, and I interviewed SCHEMER#2.

a.   SCHEMER#2 admitted that in 2012, 2013, and 2014, he opened several bank accounts and private mailboxes using fraudulent passports in other identities. SCHEMER#2 said that he was paid $13,000 to $14,000 for opening those bank accounts.   He also admitted depositing checks into other people's bank accounts.

b.   SCHEMER#2 admitted that he knew it was illegal to open the bank accounts using the fraudulent identities and believes that the bank accounts he opened were used to launder money. SCHEMER#2 stated that he recalled using fraudulent passports in the names of "Hracha" and "Hakob."

c.   SCHEMER#2 also said that in or around 2013 and possibly 2014, he used two or three other identities to open more bank accounts and private mailboxes, but that he could not recall the names he had used.   SCHEMER#2 stated that using different identities, he opened bank accounts at Bank of America, Wells Fargo Bank, Union Bank, JPMorgan Chase, and possibly at Citibank. SCHEMER#2 also admitted that he would obtain a Costco membership card in the name of the identity he was assuming and present the Costco card to banks and CMRAs as a second form of identification.

7

19.   SCHEMER#2 explained that he would provide a passport-sized photo of himself to his handler, who would then provide him with fraudulent passports that displayed his photo.

## IV.   CONCLUSION

20.   For all the reasons described above, and based on my training, education, experience, and participation in this investigation, there is probable cause to believe that KAREN POGOSIAN (SCHEMER#2) violated Title 18, United States Code, Section 1028(a)(7): Fraud and Related Activity with Identification Documents.

/s/
_____
Adrian Yepez, Special Agent
Internal Revenue Service - Criminal
Investigation


Subscribed to and sworn before me
this |9| day of April 2016

/s/   **KAREN E. SCOTT**
_____
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

8