FILED
CLERK, U.S. DISTRICT COURT
APR 29 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. KAREN POGOSIAN DEFENDANT(S). | CASE NUMBER SA16-180M |
|---|---|
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Thursday__, __May 5__, __2016__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Scott__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ (Other custodial officer) and produced for the hearing.

Dated: __4/29/16__

_signature_
U.S. ~~District Judge~~/Magistrate Judge
KAREN E. SCOTT

---

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT   Page 1 of 1